BRETT L. TOLMAN, United States Attorney (#8821)
WILLIAM K. KENDALL, Assistant United States Attorney (#7906)
VEDA M. TRAVIS, Assistant United States Attorney (#6449)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: 801.524.5682

FILED
U.S. DISTRICT COURT

2009 OCT -7 P 2: 00

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | I N D I C T M E N T |
|---|---|---|
| Plaintiff, | : | VIOS. 18 U.S.C. § 1951(a), HOBBS ACT ROBBERY; |
| vs. | : | 18 U.S.C. § 924(c), DISCHARGED FIREARM DURING A CRIME OF VIOLENCE; |
| SIONE VATUVEI and NAISA ANGILAU, | : | 18 U.S.C. § 922(g)(1), |
| Defendants. | : | POSSESSION OF A FIREARM BY A CONVICTED FELON; 18 U.S.C. § 2, AIDING AND ABETTING. |

The Grand Jury Charges:

## COUNT I
(18 U.S.C. § 1951(a))

On or about October 5, 2009, in the Central Division of the District of Utah,

SIONE VATUVEI and NAISA ANGILAU,

the defendants herein, did take from employees, against their will, at Holiday Oil, 4783

West 6200 South, Salt Lake County, Utah, by physical force and violence, threatened

Case: 2:09-cr-00758
Assigned To : Benson, Dee
Assign. Date : 10/7/2009
Description: USA v.

force and violence and fear of injury, ~~U.S. currency~~ commodities *[illegible]*, which belonged to and was in the care, custody, control, management and possession of Holiday Oil, and by committing such robbery obstructed, delayed or affected commerce or the movement of articles or commodities in interstate commerce, and did aid and abet therein; all in violation of 18 U.S.C. § 1951(a) and § 2.

## COUNT II
(18 U.S.C. § 924(c))

On or about October 5, 2009, in the Central Division of the District of Utah,

SIONE VATUVEI and NAISA ANGILAU,

the defendants herein, during and in relation to a crime of violence, that is, a violation of 18 U.S.C. § 1951(a), for which the defendants may be prosecuted in a court of the United States, as alleged in Count I of this Indictment, which is incorporated herein by reference, did knowingly use, carry, brandish and discharge a firearm, that is, a handgun, and did aid and abet therein, all in violation of 18 U.S.C. §924(c) and § 2.

## COUNT III
(18 U.S.C. § 922(g)(1))

On or about October 5, 2009, in the Central Division of the District of Utah,

SIONE VATUVEI,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce a firearm, that is, a Lorcin .380 handgun; all in violation of 18 U.S.C. § 922(g)(1).

NOTICE OF INTENT TO SEEK FORFEITURE

As a result of the offense in Count III, defendant SIONE VATUVEI shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) all firearms or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g) including but not limited to the firearm listed in Count III and any associated magazine and ammunition.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

BRETT L. TOLMAN
United States Attorney

_____
WILLIAM K. KENDALL
Assistant United States Attorney

| AO 257 (Rev. 6/78) | | PER 18 U.S.C. 3170 |
|---|---|---|

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

**FILED**
**U.S. DISTRICT COURT**
CENTRAL - DISTRICT OF UTAH
2009 OCT -7 P 2:00
DISTRICT OF UTAH
BY:
DEPUTY CLERK

**OFFENSE CHARGED**

HOBBS ACT ROBBERY; DISCHARGED FIREARM DURING A CRIME OF VIOLENCE; POSSESSION OF A FIREARM BY A CONVICTED FELON; AIDING AND ABETTING

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Salt Lake County
Central Division
District of Utah

U.S.C. Citation
18: 1349, 1344; 1028A; 1028(a)(3); 1363

**DEFENDANT — U.S. vs.**

SIONE VATUVEI

Address

Birth Date _____  ☐ Male  ☐ Alien
                        ☐ Female (if applicable)
(Optional unless a juvenile)

---

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Greg Hopkins, ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Brett L. Tolman
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S Att'y (if assigned): William Kendall, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction                ☐ Fed'l  ☐ State
6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed  Mo. Day Year

DATE OF ARREST
Or... if Arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY   Mo. Day Year

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

Please issue a WARRANT for subject. Subject is in custody of the ADC.

Case: 2:09-cr-00758
Assigned To : Benson, Dee
Assign. Date : 10/7/2009
Description: USA v.

| | | |
|---|---|---|
| AO 257 (Rev. 6/78) | | PER 18 U.S.C. 3170 |

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

FILED
U.S. DISTRICT COURT
CENTRAL - DISTRICT OF UTAH
2009 OCT -7 P 2:00
DISTRICT OF UTAH
BY:
DEPUTY CLERK

**OFFENSE CHARGED**

HOBBS ACT ROBBERY; DISCHARGED FIREARM DURING A CRIME OF VIOLENCE; POSSESSION OF A FIREARM BY A CONVICTED FELON; AIDING AND ABETTING

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Salt Lake County
Central Division
District of Utah

U.S.C. Citation
18: 1349, 1344; 1028A; 1028(a)(3); 1363

**DEFENDANT** — U.S. vs.

NAISA ANGILAU

Address

Birth Date
(Optional unless a juvenile)

☐ Male  ☐ Alien
☐ Female (if applicable)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Greg Hopkins, ATF

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
Brett L. Tolman
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
William Kendall, AUSA

**DEFENDANT**

IS *NOT* IN CUSTODY

1) ☐ Has not been arrested, pending outcome this proceeding
If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY

4) ☐ On this charge
5) ☐ On another conviction    ☐ Fed'l ☐ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes" give date filed
Mo.   Day   Year

DATE OF ARREST
Or... if Arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY
Mo.   Day   Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Please issue a WARRANT for subject. Subject is in custody of the ADC.